Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered, and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk within 60 days after it is published in the Michigan Bar Journal. When filing a comment, please refer to our file number 91-28.

*Order Entered October 15, 1991:*

BEVAN v BRANDON TOWNSHIP, No. 86358. On order of the Court, the Court, on its own motion, amended paragraph 1, part IV, to read as follows:

We turn now to the question whether enforcement of the township's ordinance amounts to an unconstitutional regulatory taking. As already indicated, that inquiry requires us to consider whether the challenged ordinance substantially advances a legitimate governmental interest and, if so, whether it denies the owners economically viable use of their land. *Nollan, supra,* 483 US 825. [438 Mich 385, 397-398 (1991).]

*Rehearings Denied October 17, 1991:*

LOCRICCHIO v THE EVENING NEWS ASSOCIATION, No. 86351. Reported at 438 Mich 84.

POLKOW v CITIZENS INSURANCE COMPANY OF AMERICA, No. 87617. Reported at 438 Mich 174.

RILEY, J. I would grant the motion for rehearing.

THE UPJOHN COMPANY v NEW HAMPSHIRE INSURANCE COMPANY, Nos. 86906-86908. Reported at 438 Mich 197.

DOMAKO v ROWE, No. 89257. Reported at 438 Mich 347.

*Order Entered October 22, 1991:*

*In re* PARR, No. 92410. On order of the Court, the petition for relief is considered and, by stipulation of the parties, Lyle H. Parr (P 18663) is enjoined from practicing law until December 31, 1992, or until further order of the Supreme Court, whichever is first. The clerk is